IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-00167 |
| ) | JUDGE HAYNES |
| LUTHER T. SMITH, JR., ) | |
| ) | |
| Defendant. ) | |

### ORDER

In accordance with the Memorandum filed herewith, the motion and renewed motion to quash a subpoena (Docket Entry Nos. 29 and 37) filed by Janet Smith are **GRANTED**.

It is so **ORDERED**.

**ENTERED** this the ___ day of January, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge

1