UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00167 |
| | ) | JUDGE HAYNES |
| LUTHER T. SMITH, JR. | ) | |

UNOPPOSED MOTION TO SUPPLEMENT RECORD

*[Handwritten annotation: This motion is GRANTED. 7-19-12]*

The defendant, Luther T. Smith, Jr., respectfully moves the Court to supplement the record in this case to include, for purposes of identification, a copy defendant's tendered Trial Exhibit No. 2. As reasons for this motion defendant states the following.

The parties have executed an Agreed Stipulation, filed simultaneously herewith, wherein they stipulated and agree that a copy of defendant's tendered Trial Exhibit No. 2, which is attached thereto and made a part thereof, should be included as part of the record in this case, for purposes of identification.

Wherefore, defendant submits that this motion should be granted and that the record in this case should be supplemented to include, for purposes of identification, a copy of defendant's tendered Trial Exhibit No. 2. Undersigned counsel is authorized to state that counsel for the Government does not oppose this Motion.